FILED
HARRISBURG, PA
AUG 12 2026
PER ________
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:26-CR-** 167 |
| | : | |
| **v.** | : | **(Judge** K. Mehalchick **)** |
| | : | |
| **TIMOTHY CASSIDY,** | : | |
| **Defendant** | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 2250(a)
(Failure to Register as a Sex Offender)

From in or around May 2025 through the present, in the Middle District of Pennsylvania and elsewhere, the defendant,

**TIMOTHY CASSIDY,**

a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

[redacted]

FOREPERSON

8/12/26

Date

BRIAN D. MILLER
UNITED STATES ATTORNEY

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY